```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

```
DINORA DEL CARMEN RIVE RIVAS
Soyapango, El Salvador                                      PETITIONER

        v.              Case No. 2:10-CV-2098

CHRISTIAN NATHAN SEGOVIA
Fort Smith, Arkansas                                        RESPONDENT
```

### O R D E R

Currently before the Court is Petitioner's motion to file various exhibits to her Petition under the Hague Convention on the International Child Abduction Remedies Act under seal (Doc. 3). It appearing to the Court that the exhibits contain information that should not be part of the public record, the United States District Court Clerk is hereby directed to file the exhibits to the Petition under seal.

IS SO ORDERED this 12th day of July 2010.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**